## COY

v.

## COURT DIAGNOSTIC AND TREATMENT CENTER.

[Cite as *Coy v. Court Diagnostic & Treatment Ctr.* (2001), 144 Ohio App.3d 779.]

Court of Appeals of Ohio,
Sixth District, Lucas County.

No. L–01–1341.

Decided Aug. 21, 2001.

*David R. Coy, pro se.*

HANDWORK, Judge.

David R. Coy is asking this court to issue a writ of mandamus to compel the Court Diagnostic & Treatment Center ("center") to release a copy of a report of the results of a mental competence evaluation that was performed on Coy at the center. Sixth Dist.Loc.App.R. 6 provides: "An original action, other than habeas corpus, shall be instituted by the filing of an original and three copies of a complaint. *The petitioner or relator shall also file a praecipe directing the clerk of the court of appeals to serve a copy of the complaint on each other party at the addresses listed in the praecipe.*" (Emphasis added.) No praecipe was filed by

Coy. Accordingly, this court orders Coy's petition for mandamus dismissed for failure to comply with Sixth Dist.Loc.App.R. 6. Costs to petitioner Coy.

*Petition dismissed.*

MARK L. PIETRYKOWSKI, P.J., and MELVIN L. RESNICK, J., concur.